UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-125-RLV
(5:14-cr-26-RLV-1)

| | | |
|---|---|---|
| **BRANDON SCOTT SACKRIDER,** | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) ) | |
| Respondent. | ) ) ) | |

**THIS MATTER** is before the Court upon court-appointed counsel's Amended Motion to Withdraw as Counsel (Doc. No. 15) and Motion to Seal (Doc. No. 16). The Court will grant the Motion to Seal the Amended Motion to Withdraw because the latter discloses privileged attorney-client communications. Additionally, the Court finds that counsel has shown good cause to withdraw. See W.D.N.C. Local Civil Rule 83.1(f). Accordingly, the Court will grant the Amended Motion to Withdraw as Counsel.

The Government has filed a Response to Petitioner's Motion to Vacate, Set Aside or Correct Sentence, 28 U.S.C. § 2255. (Doc. No. 12.) As he is now proceeding without counsel, the Court hereby notifies Petitioner that he may file a reply to the Government's Response, if he so wishes. See Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975). Any reply must be filed with the Court within 30 days of entrance of this Order, and Petitioner must mail a copy of the reply to counsel for the Government. Failure to file a reply may result in the Court dismissing or denying Petitioner's Motion to Vacate without further notice.

**IT IS, THEREFORE, ORDERED** that:

1. The Amended Motion to Withdraw as Counsel (Doc. No. 15) is **GRANTED**;

1

2. The Motion to Seal the Amended Motion to Withdraw as Counsel (Doc. No. 16) is **GRANTED**;

3. Counsel is relieved from further representation of Petitioner in this action;

4. Petitioner shall have 30 days from entrance of this Order to file a reply to the Government's Response; and

5. The Clerk of Court is directed to mail a copy of the Government's Response (Doc. No. 12), along with a copy of this Order, to Petitioner at his place of confinement.

**SO ORDERED.**

Signed: May 22, 2017

Richard L. Voorhees
United States District Judge