# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| **Brandon Scott Sackrider,** | JUDGMENT IN CASE |
| Petitioner(s), | 5:16-cv-00125-KDB |
| vs. | 5:14-cr-00026-KDB-DSC |
| **USA,** | |
| Respondent(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2020 Order.

January 31, 2020

Frank G. Johns, Clerk
United States District Court